G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:       erudloff@rwblaw.com
              achopova@rwblaw.com

Attorneys for Defendant AMCO INSURANCE COMPANY

RICHARD A. HARRIS #053708
MONRAE L. ENGLISH #237163
KRISTIN S. MAXWELL #240270
**WILD, CARTER & TIPTON, APC**
246 West Shaw Avenue
Fresno, CA  93704
E-mail:       rharris@wctlaw.com
              menglish@wctlaw.com

Attorneys for Plaintiff SAVERIO VERNI

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SAVERIO VERNI, | No. 1:08-CV-00452-OWW-DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| AMCO INSURANCE and DOES 1 THROUGH 25, | Complaint Filed: 02/20/08<br>Trial Date:   None Set |
| Defendants. | [The Honorable Oliver W. Wanger] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant AMCO Insurance Company ("Defendant"), by and through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Saverio Verni ("Plaintiff"), by and through his attorneys of record, Wild, Carter & Tipton, APC., hereby stipulate:

WHEREAS, per this Court's Order Setting Mandatory Scheduling Conference, the parties

-1-

STIPULATION AND [PROPOSED ORDER] TO CONTINUE SCHEDULING CONFERENCE
Case No. 1:08-CV-00452-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

were to appear for a formal Scheduling Conference on July 9, 2008; and

WHEREAS, the July 9, 2008 Scheduling Conference was continued to October 17, 2008, per the parties' stipulated request, for purposes of allowing a settlement meeting to take place; and

WHEREAS, the parties settlement meeting took place on August 19, 2008; and

WHEREAS, the parties did not reach a successful resolution at the August 19, 2008 meeting; and

WHEREAS, the parties are presently making arrangements to participate in private mediation for purposes of resolving this matter without litigation; and

WHEREAS, private mediation will take place in late-October to mid-November before Justice Nicholas Dibiaso; and

WHEREAS, the Court has not entered a Case Scheduling Order yet; and

WHEREAS, the parties agree that continuing the date of the Mandatory Scheduling Conference, and related dates to file a Joint Scheduling Report and make Initial Disclosures, would save judicial time and resources in the event this matter is resolved in private mediation; and

WHEREAS, the parties agree that continuing the date of the Scheduling Conference would not affect significantly the timing of the final resolution of this case; and

WHEREAS, the parties agree to continue the date of the Mandatory Scheduling Conference to Friday, January 9, 2009, or to another date that the Court may find convenient.

//
//
//
//
//
//

-2-

STIPULATION AND [PROPOSED ORDER] TO CONTINUE SCHEDULING CONFERENCE
Case No.  1:08-CV-00452-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

THERETOFORE THE PARTIES STIPULATE AS FOLLOWS:

1.  The parties agree to continue the Mandatory Scheduling Conference to January 9, 2009. Related dates to meet-and-confer per FRCP 26(f), to make Initial Disclosures per FRCP 26(a)(1)(C) and (f)(2) and to file a Joint Scheduling Report and Discovery Plan are continued as outlined in the Proposed Order as well.

DATED: September ___, 2008  **RUDLOFF WOOD & BARROWS LLP**

By: _____
    G. Edward Rudloff, Jr.
    Anna A. Chopova

Attorneys for Defendant AMCO INSURANCE COMPANY

DATED: October ___, 2008  **WILD, CARTER & TIPTON, APC.**

By: _____
    Richard A. Harris
    Monrae L. English
    Kristin S. Maxwell

Attorneys for Plaintiff SAVERIO VERNI

-3-
STIPULATION AND [PROPOSED ORDER] TO CONTINUE SCHEDULING CONFERENCE
Case No.  1:08-CV-00452-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

1. The Mandatory Scheduling Conference has been continued to January 9, 2009.

2. Related dates have been continued as follows:

   a. Last court date for parties to meet and confer pursuant to FRCP 26(f)(1): December 19, 2008;

   b. Last court date for parties to make initial disclosures per FRCP 26(a)(1)(C) and (f)(2): January 2, 2009;

   c. Last court date for parties to file Joint Scheduling Report and Discovery Plan: January 2, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  October 6, 2008                    /s/ OLIVER W. WANGER
                                           THE HONORABLE OLIVER W. WANGER
                                              United States District Court
                                              Eastern District of California

-4-

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3   F:\Allied\Verni, Saverio.055\Pleadings\Federal Pleadings\Court Conferences\Stip to Continue10.17.08 Schedul. Conf..doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-5-

STIPULATION AND [PROPOSED ORDER] TO CONTINUE SCHEDULING CONFERENCE
Case No.  1:08-CV-00452-OWW-DLB

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com