G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
ANNA A. CHOPOVA (State Bar No. 245730)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:         erudloff@rwblaw.com
                    achopova@rwblaw.com

Attorneys for Defendant AMCO INSURANCE COMPANY

RICHARD A. HARRIS (State Bar No. 053708)
MONRAE L. ENGLISH (State Bar No. 237163)
KRISTIN S. MAXWELL (State Bar No. 240270)
**WILD, CARTER & TIPTON, APC**
246 West Shaw Avenue
Fresno, CA  93704
E-mail:         rharris@wctlaw.com
                    menglish@wctlaw.com

Attorneys for Plaintiff SAVERIO VERNI

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SAVERIO VERNI,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMCO INSURANCE and DOES 1 THROUGH 25,<br><br>            Defendants.<br>_____/ | No.  1:08-CV-00452-OWW-DLB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed:   02/20/08<br>Trial Date:           None Set<br><br>[Hon. Oliver W. Wanger] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant AMCO Insurance Company ("Defendant"), by and through its attorneys of record, Rudloff Wood and Barrows LLP, and Plaintiff Saverio Verni ("Plaintiff"), by and through his attorneys of record, Wild, Carter & Tipton, APC, hereby stipulate:

WHEREAS, Plaintiff has agreed to dismiss this action in its entirety, with prejudice, under

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Federal Rules of Civil Procedure, Rule 41(a)(1); and

WHEREAS, the parties to this action have executed a Settlement Agreement and Full and Final Policyholder's Release; and

WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

The parties to this action agree, through their respective attorneys, that Plaintiff dismisses this action in its entirety, with prejudice, each side bearing its own costs.

DATED:  December ___, 2008        **RUDLOFF WOOD & BARROWS LLP**

By: _____
    G. Edward Rudloff, Jr.
    Anna A. Chopova

Attorneys for Defendant AMCO INSURANCE COMPANY

DATED:  December ___, 2008        **WILD, CARTER & TIPTON, APC.**

By: _____
    Richard A. Harris
    Monrae L. English
    Kristin S. Maxwell

Attorneys for Plaintiff SAVERIO VERNI

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO THE STIPULATION OULTINED ABOVE, IT IS SO ORDERED.

DATED: December 29, 2008    /s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
United States District Court
Eastern District of California

-3-
STIPULATION AND ORDER OF DISMISSAL
Case No.  1:08-CV-00452-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

F:\Allied\Verni, Saverio.055\Pleadings\Federal Pleadings\Stip and Order of Dismissal.doc

PDF created with pdfFactory trial version www.pdffactory.com